AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

Stanley Madaloni

*Plaintiff*

v.

Mada Design, Inc.

*Defendant*

Civil Action No. 11 CIV 5086

JUDGE BERMAN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Mada Design, Inc.
630 3rd Avenue
New York, New York 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Anthony J. Costantini, Esq.
Keith Greenberg, Esq.
Duane Morris LLP
1540 Broadway
New York, New York 10036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
*CLERK OF COURT*

Date: JUL 22 2011

*Signature of Clerk or Deputy Clerk*

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X   AFFIDAVIT OF SERVICE
STANLEY MADALONI                                              Index # 11 CIV 5086

             Plaintiff

MADA DESIGN, INC

             Defendant

---------------------------------------------------------X

STATE OF NEW YORK )
                        )ss
QUEENS COUNTY    )

    Anthony Arnold, being duly sworn, deposes and says:  Deponent is not a party to this Action, and is over 18 years of age and is a resident of the State of New York.

    On July 25, 2011, at approximately 12:33pm, at 630 3rd Avenue, New York, NY 10017, Deponent served the within Summons, Complaint, Civil Cover Sheet and Rules upon: **Mada Design Inc**, by delivering and leaving with Jenny Ma, Manager, true and correct copies of said documents. At the time of service, Jenny Ma, Stated that she is duly authorized to accept service of legal documents on behalf of Mada Design Inc.

    Jenny Ma is described as an Asian female, approximately 37-40 yrs., of age, 126-130 lbs., 5' 5' - 5' 6' tall, and has long black hair.

_____
                                  Anthony Arnold

ARNOLD ANTHONY.

Sworn to before me this
July 26th 2011

_____
NOTJENDRA PU ZAVERI
NOTARY PUBLIC-STATE OF NEW YORK
NO. 1ZA4822056
CERTIFICATED FILED QUEENS AND NEW YORK COUNTY
COMMISSION EXPIRES SEP 20, 2014