DUANE MORRIS LLP
Anthony J. Costantini
Keith Greenberg
1540 Broadway
New York, NY 10036
212-692-1000
AJCostantini@duanemorris.com
kgreenberg@duanemorris.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Stanley Madaloni,<br><br>              Plaintiff,<br><br>       v.<br><br>Mada Design, Inc.,<br><br>              Defendant. | **NOTICE OF APPEARANCE**<br><br>CIVIL ACTION NO. 11-CIV-5086 |

**PLEASE TAKE NOTICE** that the undersigned attorneys, are appearing on behalf of plaintiff STANLEY MADALONI, ("Plaintiff") in the above-captioned action. Plaintiff requests that all papers in connection with the above-captioned action be served upon the undersigned at the addresses listed below.

Dated: New York, New York
       July 22, 2011

DUANE MORRIS LLP

By:_____/s/_____
    Anthony J. Costantini (AC 6633)
    Keith Greenberg (KG 6385)
1540 Broadway
New York, New York 10036
212-692-1000
AJCostantini@duanemorris.com
kgreenberg@duanemorris.com
Attorneys for Plaintiff
*Stanley Madaloni*