UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

ATTORNEYS OF RECORD:
    MARC S. WENGER, ESQ.
    DAVID R. EHRLICH, ESQ.

-------------------------------------------------------------X
STANLEY MADALONI,

                Plaintiff,       :    11 CIV 5086

          v.

MADA DESIGN, INC.,

                Defendant.
-------------------------------------------------------------X

TO:  Anthony J. Costantini, Esq.
     *Attorney for Plaintiff*
     Duane Morris LLP
     1540 Broadway
     New York, New York, 10036-4086

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Mada Design, Inc., states that: (a) Defendant is a private corporation that is not publicly held and is not part of a publicly traded entity; and, (b) Defendant is not a governmental entity and is not controlled by or part of any governmental entity.

Dated: Melville, New York
       August 12, 2011

                                  Respectfully submitted,

                                  JACKSON LEWIS LLP
                                  *Attorneys for Defendant*
                                  58 South Service Road, Suite 410
                                  Melville, New York 11747
                                  (631) 247-0404

                             By: _____
                                  MARC S. WENGER
                                  DAVID R. EHRLICH

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of August, 2011, the foregoing document was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service upon the following parties and participants:

Anthony J. Costantini, Esq.
*Attorney for Plaintiff*
Duane Morris LLP
1540 Broadway
New York, New York, 10036-4086

DAVID EHRLICH, ESQ.

4814-3312-2058, v. 1