OAO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

STANLEY MANDALONI,

**APPEARANCE**

Plaintiff,

Case Number: 11 CV 5086

-against-

MADA DESIGN, INC.,

Defendant.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, MADA DESIGN, INC.

I certify that I am admitted to practice in this court.

| 8/15/11 | [Signature] |
|---|---|
| Date | Signature |

| DAVID R. EHRLICH | 9786 |
|---|---|
| Print Name | Bar Number |

Jackson Lewis LLP, 58 South Service Road, Suite 410
Address

| Melville | NY | 11747 |
|---|---|---|
| City | State | Zip Code |

| (631)247-0404 | (631)247-0417 |
|---|---|
| Phone Number | Fax Number |