```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Stanley Madaloni Plaintiff(s),

-v-

Mada Design, Inc. Defendant(s).
------------------------------------------------------------X

**Case Management Plan**

__11__ CV. __5086__ (RMB)

The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i) Joinder of additional parties by __September 30, 2011__

(ii) Amend the pleadings by __September 30, 2011__

(iii) All discovery to be **expeditiously** completed by ~~May 31, 2011~~ 1/9/12 RMB

(iv) Consent to Proceed before Magistrate Judge __No__

(v) Status of settlement discussions __engaged in discussions regarding personal property and~~ car lease issues~~__ 1/12/12 with principals RMB

Sections vi through xi will be set at conference with the Court.

(vi) Motions _____

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix) Final Pre-Trial Conference _____

(x) Trial _____

(xi) Other __Refer to Magistrate for 6PT__

SO ORDERED: New York, New York
9/8/11

RMB
Hon. Richard M. Berman, U.S.D.J.