```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

STANLEY MADALONI,

               Plaintiff,

     -against-

MADA DESIGN, INC.,

               Defendant.
------------------------------------------------------------x

**ORDER OF REFERENCE TO
A MAGISTRATE JUDGE**

11 CIVIL 5086 (RMB) (DCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| __X__ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | _____ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| _____ | Specific Non-Dispositive Motion/Dispute:* _____ | _____ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _____ | Habeas Corpus |
| | | _____ | Social Security |
| _____ | Settlement* | _____ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: _____ All Such Motions: _____ |
| _____ | Inquest After Default/Damages Hearing | | |

\*   Do not check if already referred for general pretrial.

**SO ORDERED.**

Dated: New York, New York
       December 1, 2011



RICHARD M. BERMAN, U.S.D.J.