# DuaneMorris

FIRM and AFFILIATE OFFICES
NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE
MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

ANTHONY J. COSTANTINI
DIRECT DIAL: 212.692.1032
PERSONAL FAX: 212.692.1020
E-FAX: 212 202-4715
E-MAIL: ajcostantini@duanemorris.com

www.duanemorris.com

December 9, 2011

**MEMO ENDORSED**

pg. 2

**BY HAND**
Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 525
New York, NY 10007-1312

Re: **Stanley Madaloni v. Mada Design, Inc.,
Civil Action No. 11 CIV 5086 (RMB)/(DCF)**

Your Honor:

We are counsel to Stanley Madaloni, the plaintiff in this transaction. This week, counsel for the defendant Mada Design, Inc. wrote Magistrate Judge Debra Freeman that it was contemplating dissolution or bankruptcy.

In light of this development, we are concerned about the collectability of our claim against Mada Design, Inc., which revolves around an Employment Agreement between our client and Mada Design. The Employment Agreement defines Mada Design to include its affiliates, a term that most certainly includes Iverco Inc., which we understand to be the sole shareholder of Mada Design. In light of Mada Design's apparent recent misfortune, we would ask this Court to allow us to re-amend the Complaint to include Iverco as a defendant. Since Iverco is bound by the terms of the Employment Agreement, no further discovery will be necessary.

Very truly yours,

*/s/ Anthony J. Costantini*

Anthony J. Costantini

AJC/gg

DUANE MORRIS LLP
1540 BROADWAY   NEW YORK, NY 10036-4086          PHONE: 212.692.1000   FAX: 212.692.1020
DM1\2999464.1

DuaneMorris

Honorable Richard Berman
December 9, 2011
Page 2

cc:   Hon. Debra Freeman
      Marc S. Wenger, Esq. (via e-mail)
      David R. Ehrlich, Esq. (via e-mail)
      Keith D. Greenberg, Esq.

> Defendant to respond by 12/19/11.
>
> SO ORDERED:
> Date: 12/12/11   /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

DM1\2999464.1