**RECEIVED**
DEC 19 2011
CHAMBERS OF
RICHARD M. BERMAN
U.S.D.J.

**Duane Morris**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/20/11

**MEMO ENDORSED**

ANTHONY J. COSTANTINI
DIRECT DIAL: 212.692.1032
PERSONAL FAX: 212.692.1020
E-FAX: 212.202-4715
E-MAIL: ajcostantini@duanemorris.com

www.duanemorris.com

December 19, 2011

BY FACSIMILE (212) 805-6717

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007

*FIRM and AFFILIATE OFFICES*
NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SAN DIEGO
BOSTON
HOUSTON
LOS ANGELES
HANOI
HO CHI MINH CITY
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
BOCA RATON
LAKE TAHOE

MEXICO CITY
ALLIANCE WITH
MIRANDA & ESTAVILLO

> We will discuss this issue at the conference on 1/12/12.
>
> SO ORDERED:
> Date: 12/20/11
> Richard M. Berman, U.S.D.J.

Re: **Stanley Madaloni v. Mada Design, Inc.,
Civil Action No. 11 CIV 5086 (RMB) (DCF)**

Your Honor:

    We are counsel to Stanley Madaloni, the plaintiff in this case and we are responding to our adversary's letter of even date. In July 2007, Mr. Madaloni entered into an Employment Agreement with Mada Design Inc., which, together with its "affiliates," is defined as the "Company" - - the term used thereafter in the Agreement. Mr. Madaloni subsequently sued Mada Design Inc. for breach of that Employment Agreement.

    In the course of this litigation, counsel for Mada Design informed Magistrate Judge Freeman via letter that Mada Design is considering filing for bankruptcy and/or dissolution. This communication, dated December 5, was Mr. Madaloni's first indication of how dire Mada Design's financial position had become since July of this year, when his contract was terminated. Consequently, we are seeking permission to add a Mada Design affiliate, Iverco Inc., as a defendant. The reason we did not do that earlier was there was no perceived necessity; the situation is now changed.

    Since Iverco Inc. was the entity that purchased all the stock of Mada Design in 2007, it is definitely an "affiliate" within the terms of the Employment Agreement and thus can be sued for Mada's breach as a party to the Employment Agreement. Iverco existed prior to its acquisition of Mada Design in 2007, was operated as an independent business, and received considerable management fees from Mada over the last several years. It is thus believed that Mr. Madaloni

# DuaneMorris

The Honorable Richard M. Berman
December 19, 2011
Page 2

can collect a judgment against Iverco, if Mada goes into bankruptcy/dissolution. Consequently, we do not believe the claim to be "futile", notwithstanding the linguistic contortions in our adversary's letter.

The key question in the case is whether Mada Design can prove that Mr. Madaloni's discharge was "for cause," as Mada Design claims. Whatever records that exist to support this claim are available from Mada Design, and will be needed whether or not a bankruptcy/dissolution occurs. Further, the addition of Iverco should not impact discovery, as we have previously advised this Court.

Very truly yours,

*[signature]*

Anthony J. Costantini

AJC/gg

cc:   The Honorable Debra Freeman (via facsimile)
      Marc S. Wenger, Esq. (via e-mail)
      David R. Ehrlich, Esq. (via e-mail)
      Keith D. Greenberg, Esq.

DM1\3018854.1