```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STANLEY MADALONI,
                                                              :
                                Plaintiff,                    :   11 Civ. 5086 (RMB) (DF)
                                                              :
                -against-                                     :   ORDER
                                                              :
MADA DESIGN, INC.,                                            :
                                                              :
                                Defendant.                    :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/11

**DEBRA FREEMAN, United States Magistrate Judge:**

This Court having held a telephone case management conference with counsel for both parties on December 21, 2011; and counsel having reported to the Court that they are making serious efforts to resolve this case; and the Court having determined that a brief stay of discovery would aid the discovery process, as it would enable the parties to advance their settlement talks without incurring additional litigation costs, it is hereby ORDERED that:

1. Discovery shall be stayed until Monday, January 9, 2012.

2. Counsel shall jointly initiate a telephone conference call to my chambers on January 9, 2012 at 11:00 a.m., to report on the progress of the parties' settlement discussions.

3. If the parties are unable to resolve the action by settlement, they shall complete all discovery no later than January 31, 2012.

Dated:   New York, New York
         December 21, 2011

SO ORDERED

_____
DEBRA FREEMAN
United States Magistrate Judge

Copies to:
all counsel (via ECF)